# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN L. MCCLURE and<br>GREGORY A. MCCLURE | : | CIVIL ACTION |
| v. | : | |
| ERIC L. PARVIS, M.D., THE CHESTER COUNTY HOSPITAL, d/b/a Chester County Hospital, THE CHESTER COUNTY HOSPITAL AND HEALTH SYSTEM, d/b/a Chester County Hospital, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, d/b/a Penn Medicine and/or Penn Medicine Chester County Hospital and/or d/b/a Chester County Hospital and/or d/b/a Penn Family Medicine Unionville, PENN VALLEY MEDICINE UNIONVILLE | : | NO. 17-3049 |

## ORDER

**NOW**, this 6th day of February, 2018, upon consideration of The Chester County Hospital and The Chester County Hospital and Health System's Motion for Partial Dismissal for Failure to State a Claim (Document No. 35), and the plaintiffs' response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.